JEFFERY J. OVEN
SHALISE C. ZOBELL
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31ST Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone: (406) 252-3441
Fax: (406) 259-4159

Attorney for SleekEZ, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| SleekEZ, LLC, | ) |
| | ) Civil No. 16-CV-9-BLG-SPW-CSO |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| Hal Horton d/b/a Groom Ninja; and John Does 1-20, | ) **JOINT STATEMENT OF** |
| | ) **STIPULATED FACTS** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to D. Mont. L.R. 16.2(b)(3) and this Court's order, Plaintiff SleekEZ, LLC ("SleekEZ")  submits the following stipulated facts to which all parties agree.

## JURISDICTION AND VENUE

1. SleekEZ is a Wyoming limited liability company that has its principal place of business in Billings, Montana. Defendant Hal Horton d/b/a Groom Ninja ("Mr. Horton") is a citizen and resident of California. There is complete diversity of citizenship.

2. Venue is proper in the District of Montana, Billings Division.

## GENERAL ALLEGATIONS

3. SleekEZ is a business owned by Jennifer Tipton.

4. SleekEZ develops, markets, and sells custom-manufactured grooming tools for horses and other animals.

5. Mr. Horton had a relationship with Ms. Tipton, owner of SleekEZ, from 2002 until 2014.

6. Sometime after 2012, Mr. Horton worked on sales and marketing for SleekEZ.

7. SleekEZ compensated Mr. Horton for his sales work. It is disputed whether Mr. Horton was fully or partially compensated.

8. Mr. Horton's relationship with SleekEZ terminated sometime in 2014.

9. Mr. Horton has worked with others to market, manufacture, and sell his products and fulfill his orders.

DATED this 17th day of May, 2016.

Respectfully submitted,

        CROWLEY FLECK PLLP

        By <u>/s/ SHALISE C. ZOBELL</u>
        JEFFERY J. OVEN
        SHALISE C. ZOBELL
        500 Transwestern Plaza II
        490 North 31ST Street
        P. O. Box 2529
        Billings, MT  59103-2529

        Attorneys for SleekEZ, LLC

CRIST, KROGH & NORD, PLLC

        By <u>/s/ ERIC E. NORD</u>
        Eric Edward Nord
        Crist, Krogh & Nord, PLLC
        The Securities Building
        2708 First Avenue North, Suite 300
        Billings, MT 59101

        Attorneys for Hal Horton d/b/a
        Groom Ninja

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 17th day of May, 2016:

| | |
|---|---|
| [ ]  U.S. Mail | Eric Edward Nord |
| [ ]  FedEx | Crist, Krogh & Nord, PLLC |
| [ ]  Hand-Delivery | The Securities Building |
| [ ]  Facsimile | 2708 First Avenue North, Suite 300 |
| [ ]  Email | Billings, MT 59101 |
| [ X ]  ECF Electronic filing | |

      /s/ Shalise C. Zobell
      Jeffrey J. Oven
      Shalise C. Zobell
      Crowley Fleck PLLP
      P.O. Box 2529
      Billings, MT 59103-2529
      *Attorneys for Plaintiff*