IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| SLEEKEZ, LLC, | CV 16-09-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING DISCOVERY HEARING AND DENYING MOTIONS AS MOOT** |
| HAL HORTON, doing business as Groom Ninja, | |
| Defendant. | |

Defendant has filed an Unopposed motion to Vacate the Discovery Hearing. (Doc. 64.) Based on Defendant's representation that all issues raised in Plaintiff's Motion to Compel Discovery and Defendant's Motion for Protective Order have been resolved, IT IS HEREBY ORDERED:

1. The Discovery Hearing currently scheduled for May 16, 2017 at 2:00 p.m. is VACATED.

2. Plaintiff's Motion to Compel Discovery (Doc. 43); Defendants' Motion for Protective Order (Doc. 44), and Plaintiff's Amended Motion to Compel Discovery (Doc. 46) are DENIED as MOOT.

**IT IS ORDERED**.

DATED this 15th day of May, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1