IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SLEEKEZ, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>HAL HORTON d/b/a GROOM NINJA; and DOES 1-20,<br><br>          Defendants. | CV 16-00009-BLG-SPW<br><br>ORDER |

Plaintiff, SleekEZ, LLC moves for the admission of Eric D. Hone to practice before the Court in the above captioned matter with Shalise C. Zobell of Henderson Nevada, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff, SleekEZ, LLC's motion to admit Eric D. Hone to appear *pro hac vice* (Doc. 82) is GRANTED and he is authorized to appear as counsel with Shalise Zobell pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 13th day of April, 2018.

SUSAN P. WATTERS
United States District Judge

1