

**FILED**

AUG 1 5 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SLEEKEZ, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HAL HORTON d/b/a GROOM NINJA; and DOES 1-20, <br><br> Defendants. | CV 16-00009-BLG-SPW <br><br><br> ORDER |

The parties, pursuant to Rule 41(a)(1)(A)(ii), F.R.Civ.P., stipulated to the dismissal of the above-captioned cause pursuant to the terms of the confidential Mutual Release and Settlement Agreement previously signed by the parties (Doc. 87). Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** pursuant to the terms of the confidential Mutual Release and Settlement Agreement signed by the parties. Each party shall bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** the Final Pretrial Conference set for September 6, 2018 at 1:30 p.m. and the Trial set for September 26, 2018 at 9:00 a.m. are **VACATED**.

**IT IS FURTHER ORDERED** that all deadlines are **VACATED** and any pending motions are **DENIED** as moot.

DATED this 15th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge